[No. 61919-5-I. Division One. August 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEWIS CASTLE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-01168-9, Gerald L. Knight, J., entered June 25, 2008. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Schindler, C.J., and Becker, J.

[No. 62209-9-I. Division One. August 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. BISRAT TEKESTE HAILE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-01282-1, Suzanne M. Barnett, J., entered August 13, 2008. *Affirmed* by unpublished opinion per Agid, J., concurred in by Cox and Ellington, JJ.

[No. 62558-6-I. Division One. August 3, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. A.D., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-8-03594-0, LeRoy McCullough, J., entered November 5, 2008. *Dismissed* by unpublished per curiam opinion.

[No. 62643-4-I. Division One. August 3, 2009.]

STEVEN MELLOR ET AL., *Respondents*, v. PATRICK MCNIERNEY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-20695-5, John P. Erlick, J., entered November 4, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Agid and Appelwick, JJ.